IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROCHELLE M. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-1114 |
| ) | Judge Trauger |
| UNIVERSAL HEALTH SERVICES and ) | Magistrate Judge Knowles |
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 10, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 14), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's "Request for Dismissal" (Docket No. 13) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 8th day of April 2010.

ALETA A. TRAUGER
U.S. District Judge